Aaron Kaufmann, State Bar No. 148580
E-mail: akaufmann@leonardcarder.com
Jennifer Keating, State Bar No. 250857
E-mail: jkeating@leonardcarder.com
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel: (510) 272-0169
Fax: (510) 272-0174

*Attorneys for Plaintiff*

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE ZEMAN,<br><br>            Plaintiff,<br><br>      v.<br><br>XTRA LEASE LLC, and DOES 1 to 10 inclusive,<br><br>            Defendants. | Case No.   2:13-cv-04990-DDP (EX)<br><br>**JUDGMENT** |

Pursuant to the F.R. Civ. P. 68 Offer of Judgment made by DEFENDANT XTRA LEASE LLC on April 22, 2016, which was accepted by PLAINTIFF LUKE ZEMAN on April 28, 2016, it is hereby ADJUDGED and ORDERED that judgment is hereby entered in favor of LUKE ZEMAN and against XTRA LEASE LLC on the following terms:

1. Payable to Plaintiff Zeman – Two Hundred Two Thousand Four Hundred Sixty Five Dollars and Twenty-One Cents ($202,465.21);
2. Payable to non-party Trevor Opitz – One Thousand Eight Hundred Dollars and No Cents ($1,800.00);
3. Payable to non-party Brett Peterson – One Thousand Three Hundred Fifty Dollars and No Cents ($1,350.00);
4. Payable to the California Labor and Workforce Development Agency – Fifteen Thousand Seven Hundred Fifty Dollars and No Cents ($15,750.00);
5. After entry of such Judgment, Plaintiff to move the court for payment of his reasonable attorneys' fees and costs as permitted by law.

DATED: July 13, 2016 2016

HONORABLE DEAN D. PREGERSON
US DISTRICT COURT JUDGE

**APPROVED AS TO FORM:**

DATED: June 14, 2016              DATED: June 14, 2016

LEONARD CARDER, LLP               LITTLER MENDELSON, PC

*/s/ Jennifer Keating*             */s/ Stacey E. James*
Jennifer Keating                   Stacey E. James
*Attorneys for Plaintiff LUKE ZEMAN*   *Attorneys for Defendant*

1

## SIGNATURE UNDER LOCAL RULE 5-4.3.4(A)(2)(i)

2

3
Pursuant to Local Rule 5-4.3.4(a)(2)(i) of the United States District Court,

4
Central District of California, I, Jennifer Keating – the ECF User whose User ID and

5
Password are used in the filing of this document – hereby attest that the authorization

6
of the filing of this document has been obtained from the other signatory to this

7

8
document.

9

10
DATED: June 14, 2016                          By: */s/ Jennifer Keating*_____

11
                                                                    Jennifer Keating
12
                                                                    *Attorneys for Plaintiff*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

[PROPOSED] JUDGMENT                                               CASE NO. 2:13-CV-04990-DDP (EX)